## IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

HOLLY A. MULHOLLEN,          :   No. 275 WAL 2017

                                 :

          Respondent      :   Petition for Allowance of Appeal from

                                 :   the Order of the Superior Court

                                 :

             v.                :

                                 :

                                 :

CLIFFORD E. WARNER,         :

                                 :

          Petitioner        : 

## ORDER

**PER CURIAM**

    **AND NOW**, this 16th day of November, 2017, the Petition for Allowance of Appeal is **DENIED**.